UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE NEWIRTH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES LLC,<br><br>Defendant. | Case No. 16-cv-03991-JSW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 55 |

Defendant has filed a motion to compel arbitration that exceeds this Court's page limitations for motions, and Defendant did not seek leave of Court to file an oversized brief. (Civil Standing Orders ¶ 7.) Defendant is HEREBY ORDERED TO SHOW CAUSE why the Court should accept the oversized brief. Defendant's response to this Order to Show Cause shall be due by August 4, 2017. If the Court finds good cause to grant the request, it will give Plaintiffs the opportunity to submit an oversized opposition brief. If Defendant seeks leave to file an oversized reply brief, it must file a request that shows extremely good cause at least one week before the brief is due, so that the Court may consider the request and so that Plaintiffs have an opportunity to weigh in on the request before the deadline to file the reply brief expires.

**IT IS SO ORDERED.**

Dated: August 1, 2017

_____
JEFFREY S. WHITE
United States District Judge