1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   JUNE NEWIRTH, et al.,                    Case No.  16-cv-03991-JSW

8             Plaintiffs,                    **ORDER TO PLAINTIFFS' COUNSEL
                                             TO SHOW CAUSE REGARDING
9        v.                                  FAILURE TO COMPLY WITH
                                             COURT'S ORDER REGARDING LEAD
10  AEGIS SENIOR COMMUNITIES LLC,            COUNSEL TO APPEAR AT INITIAL
                                             CASE MANAGEMENT CONFERENCE**
11            Defendant.

12

13

14        This matter was scheduled for an initial case management conference on January 19, 2018.

15  Although that case management conference has been continued several times, when the Court

16  issued the Order setting the initial case management conference, it stated: "The parties shall

17  appear in person through lead counsel to discuss all items referred to in this Order and with

18  authority to enter stipulations, to make admissions and to agree to further scheduling dates."  (Dkt.

19  No. 22, Order Setting Case Management Conference at 1:21-23.)

20        Plaintiffs' lead counsel, Kathryn Anne Stebner, Esq. did not appear.  Accordingly, Ms.

21  Stebner is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not

22  impose sanctions in the amount of $250.00 on her for failure to comply with the Court's order.

23  Ms. Stebner's response to this Order to Show Cause shall be due by January 26, 2018.

24        **IT IS SO ORDERED.**

25  Dated: January 19, 2018

26  _____

27  JEFFREY S. WHITE
    United States District Judge

28