Kathryn A. Stebner, State Bar No. 121088
Kelly Knapp, State Bar No. 252013
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:    (415) 362-9800
Fax:   (415) 362-9801

Guy B. Wallace, State Bar No. 176151
Sarah Colby, State Bar No. 194475
Jennifer A. Uhrowczik, State Bar No. 302212
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| June Newirth, by and through her Guardian ad Litem, Frederick J. Newirth; Barbara Feinberg; and Elizabeth Barber, Andrew Bardin, and Thomas Bardin as successors-in-interest to the Estate of Margaret Pierce; on their own behalves and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Aegis Senior Communities, LLC, dba Aegis Living; and Does 1 Through 100,<br><br>                    Defendants. | CASE NO.  4:16-cv-03991-JSW<br><br>**PLAINTIFFS' NOTICE OF APPEARANCE OF GUY B. WALLACE AS CO-LEAD COUNSEL FOR PLAINTIFFS**<br><br>Action Filed:   April 12, 2016<br>Trial Date:     None Set |

1  PLEASE TAKE NOTICE that Guy B. Wallace hereby enters his appearance as co-lead

2 counsel for Plaintiffs in the above captioned case, along with attorney Kathryn Stebner.

3  Any notices, pleadings, or other relevant documents concerning this matter and these

4 Plaintiffs should be emailed to:

5  gwallace@schneiderwallace.com

6
7  DATED:     January 22, 2018       */s/    Guy B. Wallace*_____

8

9  Guy B. Wallace, State Bar No. 176151
   SCHNEIDER WALLACE
10  COTTRELL KONECKY
   WOTKYNS, LLP
11  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
12  Tel: (415) 421-7100
   Fax: (415) 421-7105

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u>/s/ *Guy B. Wallace*</u>
Guy B. Wallace (SBN 176151)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
gwallace@schneiderwallace.com