UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE NEWIRTH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AEGIS SENIOR COMMUNITIES LLC,<br><br>　　　　Defendant. | Case No.　16-cv-03991-JSW<br><br>**ORDER IMPOSING SANCTIONS**<br><br>Dkt. Nos. 83, 86 |

On January 19, 2018, the Court issued an Order to Show Cause directing Plaintiff's counsel, Kathryn Anne Stebner, Esq., to show cause as to why she failed to comply with the Court's Order requiring lead counsel to appear for the initial case management conference. The Court has received and considered Ms. Stebner's timely response to the Order to Show Cause. The Court concludes counsel has not shown good cause for her failure to comply with the Court's Order. Accordingly, the Court HEREBY IMPOSES sanctions in the amount of $250.00, which shall not be passed along to Plaintiffs in this case.

Ms. Stebner shall pay these sanctions to the Clerk of the Court by no later than January 30, 2018.

**IT IS SO ORDERED.**

Dated: January 23, 2018

_____
JEFFREY S. WHITE
United States District Judge

Cc: Finance Office (by email)