Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:  (415) 362-9800
Fax:  (415) 362-9801

Guy B. Wallace, State Bar No. 176151
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel:     (415) 421-7100
Fax:     (415) 421-7105

[Additional counsel listed on service list]

Attorneys for Plaintiff and the Proposed Class

Jeffrey S. Ranen, State Bar No. 224285
Soojin Kang, State Bar No. 219738
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:     213.250.1800
Facsimile:     213.250.7900

Attorneys for Defendant Aegis Senior Communities LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

| | |
|---|---|
| June Newirth, by and through her Guardian ad Litem, Frederick J. Newirth; Barbara Feinberg; and Elizabeth Barber, Andrew Bardin, and Thomas Bardin as successors-in-interest to the Estate of Margaret Pierce; on their own behalves and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Aegis Senior Communities, LLC, dba Aegis Living; and Does 1 Through 100,<br><br>                    Defendants. | CASE NO.  **4:16-cv-03991-JSW**<br><br>**JOINT STATUS REPORT**<br><br><br><br>Judge:  Hon. Jeffrey S. White<br>Courtroom 5, 2nd Floor<br><br>Action Filed: April 12, 2016<br>Trial Date: None Set |

# JOINT STATEMENT

The parties respectfully submit the following Joint Status Report to advise the Court of the status of their efforts to resolve the above-captioned matter by way of settlement.

After the parties' fourth mediation session on March 24, 2020 before the Hon. Rebecca Westerfield (Ret.) did not achieve settlement, the parties continued to discuss the potential for resolving this case, as well as the separate lawsuit pending in the King County Superior Court in Washington, *Morrison v. Aegis Senior Communities, LLC,* No. 18-2-06326-4 SEA (the "Washington Action").

Those efforts have resulted in an agreement among the parties to settle both this case and the Washington Action. The parties have agreed on a Deal Sheet confirming the material settlement terms.

Currently, the parties are in the process of preparing a formal Settlement Agreement. Upon execution of the Settlement Agreement, Plaintiffs will move this Court for preliminary approval of the settlement of this action.

To accommodate the settlement approval process, the parties respectfully request that the Court vacate the current case schedule, including the October 23, 2020 hearing date on Plainitffs' Motion for Class Certification.

The parties also request the Court set the case for a Status Conference in approximately 30 days on a date convenient for the Court. The parties will endeavor to finalize the Settlement Agreement and have Plaintiffs' motion for preliminary settlement approval filed prior to the Status Conference. If so, the parties will request that the Court vacate the Status Conference and schedule hearing on the preliminary approval motion.

The e-filing attorney hereby attests that she has obtained concurrence in the filing of the document from the other signatory.

Dated:  July 23, 2020           */s/ Kathryn A. Stebner*
Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212

|  |  |
|---|---|
|  | San Francisco, CA  94102<br>Tel:     (415) 362-9800<br>Fax:    (415) 362-9801<br><br>Attorneys for Plaintiffs |
| Dated:  July 23, 2020 | */s/ Soojin Kang*<br>Jeffrey S. Ranen, State Bar No. 224285<br>Soojin Kang, State Bar No. 219738<br>**LEWIS BRISBOIS BISGAARD AND SMITH LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA  91107<br>Tel:  213.250.1800<br>Fax:  213.250.7900<br><br>Attorneys for Defendants Aegis Senior Communities LL |