United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE NEWIRTH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES LLC,<br><br>Defendant. | Case No. 16-cv-03991-JSW<br><br>**ORDER REGARDING JOINT STATUS REPORT; DENYING MOTIONS WITHOUT PREJUDICE; AND SETTING STATUS CONFERENCE**<br><br>Re: Dkt. Nos. 106, 109, 114, and 185 |

The Court has received and considered the parties' joint status report, in which they advise the Court that they have settled this matter and a related case pending in King County Superior Court in the state of Washington. In light of this notice, the Court:

1. Will issue a separate Order resolving the pending motions to seal (Dkt. Nos. 112, 129);

2. DENIES, WITHOUT PREJUDICE, Defendant's motion to strike the class definition or in the alternative, to deny class certification, and VACATES the hearing on that motion, currently scheduled for October 23, 2020 (Dkt. No. 106);

3. DENIES, WITHOUT PREJUDICE, Defendant's motion for summary judgment (Dkt. No. 109); and

4. DENIES, WITHOUT PREJUDICE, Plaintiffs' motion for class certification; VACATES the briefing schedule on that motion and VACATES the hearing date of October 23, 2020 (Dkt. No. 114).

If the parties reach an impasse on settlement that requires these motions to be resolved, they need not re-file the briefs and evidence that have been filed. Instead, they may rely on the materials already on file, but they shall meet and confer and submit a proposed order that sets a new hearing date for the motions and a revised briefing schedule for the motion for class

certification.

The Court HEREBY ORDERS the parties to appear for a telephonic status conference on September 4, 2020 at 11:00 a.m. The Court will issue a clerk's notice in advance of the status conference that will provide the parties the information required to dial into the conference. The parties shall submit a status report by no later than August 28, 2020.

**IT IS SO ORDERED.**

Dated: July 23, 2020

_____
JEFFREY S. WHITE
United States District Judge