Kathryn A. Stebner, State Bar No. 121088
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Guy B. Wallace, State Bar No. 176151
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel:   (415) 421-7100
Fax:   (415) 421-7105

[Additional counsel listed on service list]

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| June Newirth, by and through her Guardian ad Litem, Frederick J. Newirth; Barbara Feinberg; and Elizabeth Barber, Andrew Bardin, and Thomas Bardin as successors-in-interest to the Estate of Margaret Pierce; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Aegis Senior Communities, LLC, dba Aegis Living; and Does 1 Through 100,<br><br>Defendants. | CASE NO. **4:16-cv-03991-JSW**<br><br>**CLASS ACTION**<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: May 7, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>Judge: Hon. Jeffrey S. White<br><br>Action Filed: April 12, 2016<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Plaintiffs and the Proposed Class hereby lodge the following exhibits in support of their Motion for Preliminary Approval of Class Settlement.

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Exhibit A | Stipulation of Settlement, which has the following exhibits: |
| | (1) Injunction (Exhibit A addendum thereto to be provided to Class Counsel and made available to Settlement Class Members upon their request); |
| | (2) Class Notice (long and summary forms); |
| | (3) [Proposed] Preliminary Approval Order; and |
| | (4) Escrow Agreement and Escrow Procedure Agreement (redacted of personally identifiable and security related confidential information); and Amendment to Stipulation of Settlement. |
| Exhibit B | CPT Group, Inc.'s Proposal for Class Notice and Settlement Administration |
| Exhibit C | Class Notice (long and summary forms) |

DATED: March 23, 2021

Respectfully submitted,

STEBNER AND ASSOCIATES

    /s/ Kathryn A. Stebner
Kathryn Stebner
Attorneys for Plaintiffs and Proposed Class